UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **SOFTEX LLC,** *Plaintiff* § § § | |
| **v.** § | No. 1:22-CV-01311-DAE |
| § | |
| **HP INC.,** *Defendant* § § § | |

## ORDER

Before the Court is Plaintiff Softex LLC's Motion to Compel Defendants to Respond to Softex's First Set of Interrogatories and First set of Requests for Production, Dkt. 57. In light of the parties' representations in their Joint Advisory, Dkt. 63, and in their correspondence to the Court, the Court will dismiss the motion as moot and cancel the hearing set for today.

Accordingly, the Court **DISMISSES AS MOOT** Softex's motion to compel production and motion for sanctions **WITHOUT PREJUDICE** to its being reasserted should a dispute arise regarding Defendant's compliance with its discovery obligations.

The Court further orders hearing on the motion is **CANCELED**.

SIGNED August 31, 2023.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE

1